**Civil Action No.**

**Cedric Greene**
**Vs.**
**U.S. District Court for the Eastern District of California**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK
**500 Pearl Street**
**New York, NY. 10007**

### CIVIL COMPLAINT UNDER 28 U.S. CODE SECTION 4101(2)

**Cedric Greene**
**501 East 6th Street**
**Los Angeles, California 90021**
**Tel: (323) 972- 9966**
*Email: Cedricgreene33@yahoo.com*

## INTRODUCTION

In the United States Court of Appeals for the District of Columbia Circuit, Greene requested transfer, but the Court denied such relief once it was well determined that it wasn't a platform available on *impartial* or *respectful* terms in their federal system. On the other hand, *voluntary dismissal* was accepted and granted on March 25, 2024, in *appeal number 23-5299.*

With respect to the *voluntary dismissal* that was accepted and refusal accommodate Greene's transfer request under the United States Codes, Greene seeks to file a civil complaint in the Southern District of New York under *28 U.S. Code Section 4101(2).*

## STATEMENT OF CIVIL COMPLAINT

The mailing address of Greene accepts mail on his behalf, and they accepted mail addressed to him that read *"Vexatious Litigant"* next to his name on the outer portion of the envelope, from the Sacramento Division of the Eastern District of California.

As Greene stated in his previous submissions, the exact defendants committed *"premediated slander"* upon Greene in a June 2023 judgment. Despite of the fact that they addressed noting about legal matters or case submissions, Greene didn't take offense to their acts. He only appealed to their Appeals Circuit with the understanding that their Appeals venue would work with Greene and members of his family on a transfer of the case appeal, *but their Appeals Circuit didn't respond to anything that Greene presented during the time that he originally presented this case in other places.*

It was a temporary remand on unknown reasons. That's how the defendant's in question obtained their opportunity to address Greene in a reckless manner that exposed him amongst postal officials and folks at the mailing address that accepts his incoming mail. When Greene made efforts to express his displeasures to Court staff on the date of December 28, 2023, the *irresponsible response* they gave him was *"you have the information."*

They also made him aware that another mail piece would be arriving to Greene in the exact fashion. We don't believe that the Constitution permit the defendant's in question to address Greene in a derogatory fashion on an outer portion of an envelope where everyone is able to see its damage. We are aware that Greene's status with them is what they called him, but that doesn't issue them the legal privilege to expose him to folks that accepts his mail for the simple fact that they have nothing to do with Greene's clarification. *It's unacceptable on every level.*

## RELIEF

In his prayer for relief, Greene seeks to establish jurisdiction of the case in this Court on *free agency basis*. We've asked for *free agency acceptance* because the other venue declined to work with the Self- Represented litigant on transfer basis. *A transfer was requested by Mr. Greene for legit reasons.* If jurisdiction in this Court could be established, monetary relief will be requested by Greene once he obtains understanding how matters will proceed.


Finally, we just wish to indicate once more that the previous venue agrees to voluntary dismissal with Greene rather than a transfer. *We ask for case acceptance for all presented reasons that Mr. Greene has provided in the civil case before this Court venue.*


Dated: April 15, 2024                                          Signature: *Cedric Greene Jr.*